No. 99–76. BERG *v.* NORAND CORP. C. A. 8th Cir. Certiorari denied.

No. 99–78. FISHING VESSEL OWNERS & MARINE WAYS, INC. *v.* BANK OF AMERICA NT&SA ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–79. REEDER *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 99–82. VARDANEGA *v.* UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–83. MEDINA *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 99–84. DESSELLE, CO-EXECUTOR FOR THE ESTATE OF MC-NAIL, DECEASED *v.* EIDSON. Ct. App. Kan. Certiorari denied.

No. 99–85. WILSON *v.* HART, UNITED STATES DISTRICT JUDGE, NORTHERN DISTRICT OF ILLINOIS. C. A. 7th Cir. Certiorari denied.

No. 99–87. CONSTRUCTORA LLUCH, INC., ET AL. *v.* PUERTO RICO AQUEDUCT AND SEWER AUTHORITY. C. A. 1st Cir. Certiorari denied.

No. 99–88. BISCHOFF *v.* BISCHOFF. Ct. App. Ky. Certiorari denied.

No. 99–90. BOCALBOS *v.* NATIONAL WESTERN LIFE INSURANCE Co. C. A. 5th Cir. Certiorari denied.

No. 99–91. DEMPSTER *v.* WASTE MANAGEMENT, INC., T/A WASTE MANAGEMENT OF PITTSBURGH. Super. Ct. Pa. Certiorari denied.

No. 99–93. HILL *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 99–94. ZVI ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 99–96. UNITED FOOD AND COMMERCIAL WORKERS UNION, LOCAL NO. 324, AFL–CIO, CLC *v.* K. V. MART CO., DBA TOP

VALU MARKETS, ET AL. C. A. 9th Cir. Certiorari denied. ■

No. 99–98. IBRAHIM *v.* NEW YORK STATE DEPARTMENT OF HEALTH. C. A. 2d Cir. Certiorari denied. 

No. 99–100. LAMONTAGNE *v.* ST. LOUIS DEVELOPMENT CORP. ET AL. C. A. 8th Cir. Certiorari denied. 

No. 99–101. SCHOLL *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 99–102. TOPINK, ILLINOIS STATE TREASURER *v.* COMMONWEALTH EDISON CO. ET AL. C. A. 7th Cir. Certiorari denied. 

No. 99–103. ALLENDER *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 99–108. MCDONALD ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 99–110. CHERRIX *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied. 

No. 99–112. MCFADDEN *v.* MISSISSIPPI STATE BOARD OF MEDICAL LICENSURE. Sup. Ct. Miss. Certiorari denied. 

No. 99–113. VILLAGE OF NORTHFIELD *v.* 10280 NORTHFIELD ROAD, LLC. C. A. 6th Cir. Certiorari denied. 

No. 99–114. QUALIA *v.* QUALIA ET AL. Ct. App. Tex., 4th Dist. Certiorari denied.

No. 99–115. HARRIS *v.* GEORGIA. Ct. App. Ga. Certiorari denied.

No. 99–117. LUMBERMENS MUTUAL CASUALTY CO. *v.* LIBERTY MUTUAL INSURANCE CO. ET AL. C. A. D. C. Cir. Certiorari denied. 

No. 99–118. ELK CORPORATION OF DALLAS *v.* GAF BUILDING MATERIALS CORP. ET AL. C. A. Fed. Cir. Certiorari denied.